FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
MAY 2 2 2019
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

19-1809 ADC

# AFFIDAVIT OF JEFFREY J. LILLY
## TASKFORCE OFFICER, FEDERAL BUREAU OF INVESTIGATION

I, Jeffrey J. Lilly, being first duly sworn, hereby depose and state as follows:

### Background and Experience

1. Your affiant, Task Force Officer (TFO) Jeffrey J. Lilley, is a duly sworn member of the FBI, and have been since October 2015. As a Task Force Officer, I am an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

2. I have been employed by the Baltimore Police Department since November 2004. After completion of entrance level Basic Training, I was assigned to the Central District Patrol Division, where I patrolled the Upton and Reservoir Hill communities. These neighborhoods are notorious for narcotics and vice activity. While a patrol officer, I participated in the execution of numerous search and seizure warrants and made more than two hundred arrests for narcotics violations.

3. Since 2013, I have held the rank of Detective in the BPD. Since becoming a Detective, I have actively participated in investigations of criminal activity, including but not limited to investigations of drug trafficking. During these investigations, I have participated in the execution of search warrants and the seizure of evidence, including evidence related to drug trafficking activities. I have also applied for and served as the affiant for search and seizure warrants. These investigations have resulted in the arrest and conviction of numerous individuals responsible for trafficking narcotics and committing violent crimes.

4. Since October 2015, I have also been an FBI TFO, and assigned to the operational intelligence section of the Baltimore Safe Streets Task Force investigating violent criminal

organizations. In that capacity, I have been involved in drug investigations, including Organized Crime Drug Enforcement Task Force (OCDETF) investigations involving the trafficking of cocaine and heroin.

5. The facts set forth in this affidavit are based on your affiant's own personal knowledge, knowledge obtained from oral and written reports by other law enforcement officers, physical surveillances, interviews, subpoenaed and public records, database checks, phone analysis, and information gained through your affiant's training and experience. Since this affidavit is for a limited purpose, your affiant has not included every fact known about this investigation. Your affiant sets forth only facts necessary to establish a foundation for the requested criminal complaint. Dates and times are approximate.

## Summary of the Investigation

6. On May 21, 2019, investigators received information that led them to conduct surveillance on Jebriel ALI. Investigators believed Jebriel ALI was in possession of firearms and as a result on May 21, 2019, FBI investigators notified Baltimore Police Department (BPD) that ALI was proceeding towards the vicinity of Catherine Street and provided the BPD with a description of the ALI and his vehicle, a 2016 Honda Accord (hereinafter, "SUBJECT VEHICLE") bearing Maryland license tag 26249CH.

7. Shortly thereafter, investigators along with the BPD observed the SUBJECT VEHICLE in the vicinity of Catherine Street and Warwick Avenue, Baltimore, Maryland. On May 21, 2019, at approximately 10:46 a.m., BPD attempted to conduct a traffic stop on ALI in the SUBJECT VEHICLE in the vicinity of McCurley Street and Old Frederick Road in Baltimore, Maryland. ALI did not stop when approached by the BPD and fled from the SUBJECT VEHICLE in the 200 Block of McCurley Street, where he was apprehended in the vicinity of the Sarah M.

Roach Elementary School. While securing the SUBJECT VEHICLE after ALI's arrest, BPD officers and investigators observed a pistol with an extended magazine in the map pocket in the passenger seat of the SUBJECT VEHICLE. The weapon's position placed within easy reach of a person in the driver seat of the vehicle. ALI was the sole occupant of the SUBJECT VEHICLE prior to bailing out of the car.

8. Officers recovered the gun, a Glock Model 22, .40 caliber, loaded with 28 rounds and one in the chamber. The serial number was ABKH577.

4. At the time of his possession of the firearm, the Defendant, JEBRIEL ALI, had been previously convicted of a crime punishable by imprisonment for a term exceeding one year and his civil rights related to the possession of a firearm had not been restored.

5. A check of the Glock Model 22, .40 caliber, revealed that the firearm was not manufactured in the state of Maryland and thus traveled in interstate and/or foreign commerce prior to its recovery in Maryland. Although the weapon has not yet been examined by a firearms examiner, your Affiant believes based on his training and observations that the weapon appears to be capable of expelling a projectile by the action of an explosive, or is designed or may be readily converted to do so, or contains the frame or receiver of such a weapon.

## Conclusion

Therefore, based on the facts set forth above, your affiant believes there is probable cause to believe that the defendant JEBRIEL ALI possessed a firearm, while being a prohibited person, on May 21, 2019, in the District of Maryland, in violation of 18 U.S.C. § 922 (g).

**19 - 1 8 0 9   ADC**

I, Jeffrey J. Lilly, affirm under penalties of perjury that the facts and circumstances recounted in the foregoing affidavit are true and accurate to the best of my knowledge.

_____
Jeffrey J. Lilly
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 22nd of May, 2019.

_____
Honorable A. David Copperthite
United States Magistrate Judge