cjf6.4.19
USAO# 2018R00808/LNE/MCH:



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 JUN -5 PM 5: 37

AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. ELH-19-0280 |
| | * | |
| JEBRIEL ALI, | * | (Conspiracy to Distribute and Possess |
| a/k/a "BRIL", | * | with the Intent to Distribute Controlled |
| | * | Substances, 21 U.S.C. § 846; Possession |
| Defendant. | * | of a Firearm in Furtherance of a Drug |
| | * | Trafficking Crime, 18 U.S.C. § 924 (c); |
| | * | Possession of a Firearm and |
| | * | Ammunition by a Prohibited Person, 18 |
| | * | U.S.C. § 922(g)(1); Aiding and |
| | * | Abetting, 18 U.S.C. § 2; Forfeiture, 18 |
| | * | U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

From or about January 30, 2019 and continuing until on or about the date of this Indictment, in the District of Maryland and elsewhere, the defendant,

**JEBRIEL ALI,**
**a/k/a "BRIL",**

and others known and unknown, did knowingly and willfully combine, conspire, confederate and agree to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT TWO
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about March 27, 2019, in the District of Maryland, the defendant,

**JEBRIEL ALI,**
**a/k/a "BRIL",**

did knowingly possess a firearm, to wit: (1) Zastava arms Model Pap M92PV, 7.62x39 MM semi-automatic pistol, serial #M92PV051800; (2) Glock Model 19 GEN 4, 9MM Luger, semi-automatic pistol, serial # TCE360; (3) Sig Sauer Model P320, 9MM Luger, semi-automatic pistol, serial # 58B009451; and (4) SWD, Model M-11, 9MM Luger, semi-automatic pistol, serial #890042546, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, as alleged in Count One of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT THREE
**(Possession of Firearm and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about March 27, 2019, in the District of Maryland, the defendant,

**JEBRIEL ALI,**
**a/k/a "BRIL",**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: (1) Zastava arms Model Pap M92PV, 7.62x39 MM semi-automatic pistol, serial #M92PV051800 loaded with 30 rounds of ammunition; (2) Glock Model 19 GEN 4, 9MM Luger, semi-automatic pistol, serial # TCE360, M92PV051800 loaded with 25 rounds of ammunition; (3) Sig Sauer Model P320, 9MM Luger, semi-automatic pistol, serial # 58B009451, M92PV051800 loaded with 5 rounds of ammunition; and (4) SWD, Model M-11, 9MM Luger, semi-automatic pistol, serial #890042546, M92PV051800 loaded with 22 rounds of ammunition, and did so knowingly.

18 U.S.C. § 922(g)

## COUNT FOUR
**(Possession of Firearm and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about May 21, 2019, in the District of Maryland, the defendant,

**JEBRIEL ALI,
a/k/a "BRIL",**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: (1) a Glock Model 22C, .40 caliber, fully-automatic pistol, serial number ABKH577, loaded with 29 rounds of ammunition and did so knowingly.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Counts One, Two, or Three of the Indictment.

2. As a result of the offenses alleged this Indictment, the defendant,

**JEBRIEL ALI,**
**a/k/a "BRIL",**

shall forfeit to the United States the firearm involved in the commission of the offense (1) a Glock Model 22C, .40 caliber fully-automatic pistol, loaded with 28 rounds and one in the chamber, serial number ABKH577; (2) Zastava arms Model Pap M92PV, 7.62x39 MM semi-automatic pistol, serial #M92PV051800 loaded with 30 rounds of ammunition; (3) Glock Model 19 GEN 4, 9MM Luger, semi-automatic pistol, serial # TCE360, M92PV051800 loaded with 25 rounds of ammunition; (4) Sig Sauer Model P320, 9MM Luger, semi-automatic pistol, serial # 58B009451, M92PV051800 loaded with 5 rounds of ammunition; and (5) SWD, Model M-11, 9MM Luger, semi-automatic pistol, serial #890042546, M92PV051800 loaded with 22 rounds of ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: Jun 5, 2019